1   MALCOLM A. HEINICKE (State Bar No. 194174)
    Malcolm.Heinicke@mto.com
2   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
3   San Francisco, CA  94105-2907
    Telephone:     (415) 512-4000
4   Facsimile:     (415) 512-4077

5   TERRY E. SANCHEZ (State Bar No. 101318)
    SHOSHANA E. BANNETT (State Bar. No. 241977)
6   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, Thirty-Fifth Floor
7   Los Angeles, California   90071-1560
    Telephone:     (213) 683-9100
8   Facsimile:     (213) 687-3702

9   Attorneys for Defendants

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13

14  DOUGLAS K. McDANIEL and BRYAN          CASE NO.  CV 10 4916 SC
    CLARK, on behalf of themselves, all
15  others similarly situated, and the general    **STIPULATION AND [~~PROPOSED~~]**
    public,                                       **ORDER TO CONTINUE (1) THE**
16                                                **HEARING DATE ON DEFENDANTS'**
                      Plaintiffs,                 **MOTION TO TRANSFER CASE; AND (2)**
17                                                **CASE MANAGEMENT CONFERENCE**
              vs.
18
    WELLS FARGO INVESTMENTS, LLC, a
19  Delaware limited liability company,
    WELLS FARGO BANK, N.A., a National
20  Association, WELLS FARGO
    ADVISORS, LLC, formerly known as
21  Wachovia Securities, LLC, a Delaware
    limited liability company, and DOES 1
22  through 50 inclusive,

23                    Defendants.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
                                                                    CONTINUANCE
                                                          CASE NO.  CV 10 4916 SC

1    WHEREAS, Plaintiffs have filed the instant putative class action relating to their

2  employment with Defendants;

3    WHEREAS, on December 3, 2010, Defendants filed a motion to transfer this action to the

4  United States District Court for the Eastern District of California under 28 U.S.C. §1404;

5    WHEREAS, the motion to transfer was noticed, and is currently scheduled, to be heard on

6  January 21, 2011 at 10:00 a.m.;

7    WHEREAS, Plaintiffs have requested that the hearing be moved to a later date in order to

8  accommodate their counsel's schedule and allow them additional time to evaluate the effect that

9  other actions may have on the transfer motion or this case generally;

10    WHEREAS, the parties have contacted the Clerk of the Court to determine alternative

11  hearing dates available;

12    WHEREAS, the parties have agreed and the Court has ordered that Defendant need not

13  respond to the Complaint until the Motion to Transfer is resolved;

14    WHEREAS, a case management conference is currently set for February 11, 2011 at

15  10:00 a.m.;

16    WHEREAS, the parties agree that it would be inefficient to litigate the Rule 12 motion(s)

17  Defendants anticipate and hold a case management conference before the motion to transfer case

18  is decided;

19    NOW THEREFORE, Plaintiffs and Defendants through their counsel of record stipulate

20  to the following and respectfully request an order to this effect:

21    IT IS HEREBY STIPULATED that (1) the hearing on Defendants' motion to transfer case

22  be continued to April 29, 2011 at 10:00 a.m. with the opposition memorandum due on March 28,

23  2011 and the reply memorandum due on April 15, 2011; and (2) the case management conference

24  be continued to May 27, 2011 at 10:00 a.m.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE
CASE NO.  CV 10 4916 SC

1   DATED:  January 7, 2011                  Law Offices Of William P. Torngren
                                             WILLIAM P. TORNGREN
2

3

4                                            By  /s/ William P. Torngren
                                                 WILLIAM P. TORNGREN
5
                                             Attorneys for Plaintiffs
6

7
8   DATED: January 7, 2011                   Munger, Tolles & Olson LLP

9

10                                           By:  /s/ Malcolm A. Heinicke
                                                  MALCOLM A. HEINICKE
11                                           Attorneys for Defendants[1]

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED,** and (1) the hearing for Defendants'

14  motion to transfer case is continued to April 29, 2011 at 10 a.m., with the Plaintiffs' opposition (if

15  any) due March 28, 2011 and Defendants' reply (if any) due April 15, 2011; and (2) the case

16  management conference currently scheduled for February 10, 2011 is continued to May 27, 2011

17  at 10:00 a.m., with the associated deadlines continued accordingly.

18

19

20                                           THE HONORABLE SAMUEL CONTI

21

22                                           IT IS SO ORDERED
                                             Judge Samuel Conti

23

24

25

26  [1]    I, Malcolm A. Heinicke, am the ECF User whose identification and password are being
    used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE (1) THE
27  HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER CASE; AND (2) CASE
    MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B., I hereby attest
28  that William P. Torngren concurred in this filing.