1  MALCOLM A. HEINICKE (State Bar No. 194174)
   Malcolm.Heinicke@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077

5  TERRY E. SANCHEZ (State Bar No. 101318)
   SHOSHANA E. BANNETT (State Bar. No. 241977)
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
7  Los Angeles, California  90071-1560
   Telephone:     (213) 683-9100
8  Facsimile:     (213) 687-3702

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS K. McDANIEL and BRYAN CLARK, on behalf of themselves, all others similarly situated, and the general public,<br><br>         Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO INVESTMENTS, LLC, a Delaware limited liability company, WELLS FARGO BANK, N.A., a National Association, WELLS FARGO ADVISORS, LLC, formerly known as Wachovia Securities, LLC, a Delaware limited liability company, and DOES 1 through 50 inclusive,<br><br>         Defendants. | CASE NO.  CV 10 4916 SC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING RULE 12 MOTION BRIEFING SCHEDULE** |
|---|---|

13846945.1

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE
CASE NO.  CV 10 4916 SC

1    WHEREAS, Plaintiffs have filed the instant putative class action relating to their
2    employment with Defendants;
3    WHEREAS, Defendants intend to file a motion pursuant to Rule 12 of the Federal Rules
4    of Civil Procedure in response to the First Amended Complaint;
5    WHEREAS, the parties have met and conferred and determined that June 24, 2011 would
6    be a mutually acceptable hearing date, and Defendants have reserved June 24, 2011 at 10 a.m. for
7    the hearing on Defendants' motion;
8    WHEREAS, the parties have agreed to a schedule for briefing on the motion to dismiss;
9    NOW THEREFORE, Plaintiffs and Defendants through their counsel of record stipulate
10   to the following and respectfully request an order to this effect:
11   ///
12   ///
13   ///

13846945.1                                      - 1 -                    STIPULATION AND [PROPOSED] ORDER RE:
                                                                         BRIEFING SCHEDULE
                                                                         CASE NO. CV 10 4916 SC

IT IS HEREBY STIPULATED that the Opening Memorandum for Defendants' Rule 12 motion is due on May 6, 2011, Plaintiffs' Opposition Memorandum is due on May 27, 2011, and Defendants' Reply Memorandum is due on June 10, 2011 (fourteen days before the hearing as required by the Civil Local Rules).

DATED:  April 26, 2011

Law Offices Of William P. Torngren
WILLIAM P. TORNGREN

By  /s/ *William P. Torngren*
       WILLIAM P. TORNGREN

Attorneys for Plaintiffs

DATED: April 26, 2011

Munger, Tolles & Olson LLP

By:  /s/ *Malcolm A. Heinicke*
       MALCOLM A. HEINICKE

Attorneys for Defendants[1]

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the Opening Memorandum for Defendants' Rule 12 motion is due on May 6, 2011, Plaintiffs' Opposition Memorandum is due on May 27, 2011, and Defendants' Reply Memorandum is due on June 10, 2011 (fourteen days before the hearing as required by the Civil Local Rules).

April 27, 2011

_____
THE HONORABLE SAMUEL CONTI

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Malcolm A. Heinicke, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE In compliance with General Order 45.X.B., I hereby attest that William P. Torngren concurred in this filing.